IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN CAROL STAEDTLER, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| NANCY A. BERRYHILL, | : | |
| Acting Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant | : | No. 16-6291 |

## ORDER

AND NOW, this 22nd day of February, 2018, after review of the Report and Recommendation of Carol Sandra Moore Wells, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Plaintiff's Request for Review is **GRANTED**.

3. This matter is **REMANDED** to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge should (1) consider the record evidence dated June 30, 1993 through Plaintiff's date last insured, December 31, 1993, and reassess Plaintiff's claim in light of that evidence; (2) engage a medical consultant in accordance with SSR 83-20, if appropriate; (3) reconsider the proper weight to be accorded Dr. Goldhammer's opinion; and (4) reconsider the weight to be accorded Don Staedtler's statements as to Plaintiff's symptoms.

4. **JUDGMENT** is entered in favor of Plaintiff and against the Commissioner of Social Security.

BY THE COURT:

_____
J. Curtis Joyner, J.